ALEX G. TSE (CABN152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5084
    Fax: (408) 535-5066
    E-mail: john.glang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF ISRAEL RAMIREZ LUNA | CASE NO. 16-XR-90095-NC<br><br>STIPULATION RE SELF-SURRENDER TO U.S. MARSHALS SERVICE |

IT IS HEREBY STIPULATED between the parties:

(1) Israel Ramirez Luna ("Luna") will personally appear before U.S. Magistrate Judge Virginia K. DeMarchi in this Court on Tuesday, July 24, 2018 at 1:30 p.m. and self-surrender to the U.S. Marshals Service at that time in order to subsequently be transferred to the custody of Mexican authorities for transportation to the United Mexican States ("Mexico") pursuant to its request for extradition in this matter.

(2) The government has informed Mr. Luna that the U.S. Department of State, acting pursuant to 18 U.S.C. § 3186, has issued a warrant for his surrender to Mexican authorities. Mr. Luna agrees

STIPULATION RE SELF-SURRENDER TO U.S. MARSHALS SERVICE

1

that this surrender warrant is valid and enforceable, and he agrees not to submit any materials to the U.S. Department of State concerning his extradition or surrender.

(3) On or before July 24, 2018, Mr. Luna, through his attorney, will file a motion to dismiss his pending appeal in the United States Court of Appeals for the Ninth Circuit in the case of Israel Ramirez Luna v. Donald O'Keefe, Case No. 18-15450. Mr. Luna will not file or pursue any further legal challenge to his surrender or extradition to Mexico.

(4) Upon successful physical self-surrender of Mr. Luna to the U.S. Marshals Service as discussed above, Assistant United States Attorney John N. Glang shall forthwith notify the U.S. Department of Justice, Office of International Affairs, of same and request that Mexican authorities also be forthwith informed of same so that they may make the necessary travel plans to obtain custody of Mr. Luna from the U.S. Marshals Service.

It is so stipulated:

Dated: July 9, 2018

_____/s/_____
JOHN N. GLANG
Assistant United States Attorney
Northern District of California

It is so stipulated:

Dated: July 9, 2018

_____/s/_____
VARELL L. FULLER
Attorney for Israel Ramirez Luna

Dated: July 9, 2018



IT IS SO ORDERED
Judge Nathanael M. Cousins

STIPULATION RE SELF-SURRENDER TO U.S. MARSHALS SERVICE

2